RECEIVED
APR 13 2012
TONY R. MOORE, CLERK
DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| NOLAN C. DAVIS, SR. | DOCKET NO. 11-CV-1676; SEC. P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| MAJOR SMITH, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 16th day of April, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE